UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARSHALL JACKSON, JR.,<br><br>　　　　　Defendant | Case No.:  3:21-CR-00047-RCJ-CSD<br><br>**CONSENT OF DEFENDANT** |

　　　　　Defendant,  MARSHALL JACKSON, JR.　　　　, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Investigation Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

BFJN for /s/ Marshall Jackson, Jr.
Defendant

*Benjamin F. J. Nemec*　　　　　　　　　　　*Andolyn Johnson*
Counsel for Defendant　　　　　　　　　　　Assistant U.S. Attorney

　　　　　DATED: this   15th   da of   November  ,2022

APPROVED:

_____
ROBERT C. JONES
United States District Judge